**CAROL ANN MOSES #164193**
Attorney at Law
575 East Alluvial Ave., Suite 105
Fresno, California 93720
Telephone (559) 449-9069
Facsimile  (559) 513-8530

Attorney for Defendant, CHANYUAN LIU

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs<br><br>CHANYUAN LIU,<br><br>     Defendant. | CASE NO. 6:12-mj-00030-MJS<br><br>STIPULATION TO CONTINUE INITIAL APPEARANCE TO JULY 11, 2012; ORDER THEREON |

   IT IS HEREBY STIPULATED by and between the Defendant, CHANYUAN LIU, her Attorney of record, CAROL ANN MOSES, and the Legal Officer for the National Park Service, SUSAN ST. VINCENT, that the Initial Appearance in the above-captioned matter currently scheduled for June 19, 2012, be continued to July 11, 2012 at 10:00 a.m.  It should be noted that the Defendant will require a Mandarin Chinese interpreter on July 11, 2012.

Dated:   June 18, 2012         By:   /s/ Carol Ann Moses
                                                  CAROL ANN MOSES
                                                  Attorney for Defendant
                                                  CHANYUAN LIU

Dated:   June 18, 2012         By:   /s/ Susan St. Vincent
                                                  Susan St. Vincent
                                                  Legal Officer
                                                  National Park Service

*** ORDER ***

The Court, having reviewed the above request to continue the Initial Appearance for Defendant CHANYUAN LIU, to July 11, 2012 at 10:00 a.m., HEREBY ORDERS AS FOLLOWS:

1. The Initial Appearance for Defendant, CHANYUAN LIU, shall be continued to July 11, 2012 at 10:00 a.m.

Dated: June 19, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE