Susan St. .Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California   95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket 6:12-mj-0030-MJS |
| | ) | |
| Plaintiff, | ) | MOTION TO DISMISS; |
| | ) | AND  ORDER |
| v. | ) | THEREON |
| | ) | |
| CHANYUAN LIU, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice of citation number 1865704 a violation of 36 CFR. 4.2; CPC 14601.2(a) (driving on a suspended license.)  As previously approved by this Court, citation number 1865703 a violation of 36 CFR 4.21(c) (speeding) will be converted to a bailable offense and filed with the Central Violations Bureau.  Defendant will pay a total collateral of $205 to the Central Violations Bureau.

Dated: December 5, 2012                    NATIONAL PARK SERVICE


                                           /S/ Susan St. Vincent
                                           Susan St. Vincent
                                           Acting Legal Officer

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED:

1. Citation number 1865704 shall be, and hereby is, dismissed, without prejudice, in the interest of justice.

2. Citation number 1865703 will be converted to a bailable offense and filed with the Central Violations Bureau

3. Defendant will pay a total collateral amount of $205 on cititation number 1865703 to the Central Violations Bureau.

4. If the collateral amount provided for in citation number 1865703 is not paid as provided therein, the United States may refile the original citation.

IT IS SO ORDERED.

Dated:   December 6, 2012            /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE